UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

V.                                                    NO. 2:12-CR-6-KHJ-MTP-1

DARRYL JAMES DANCY

FINAL ORDER OF FORFEITURE

Before the Court is the United States's [53] Motion for a Final Order of

Forfeiture for Substitute Assets.  Having reviewed the Government's Motion, the

Court finds that it is well taken and should be GRANTED.  In support of its

ORDER, the Court finds as follows:

On April 6, 2012, the Court issued an [20] Agreed Preliminary Order of

Forfeiture, ordering the Defendant, Darryl James Dancy ("Dancy"), to pay "a

$14,083.00 Money Judgment" (12-OIG-000022) (the "Money Judgment"), pursuant

to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461;

On May 8, 2026, this Court entered [51] Agreed Preliminary Order of

Forfeiture granting the United States's [50] Motion for Preliminary Order of

Forfeiture for Substitute Assets to add the following as substitute assets (the

"Substitute Assets"):

| ASSET ID | Property Description |
| --- | --- |
| 26-USM-000264 | $845.49[1] withheld from Darryl James Dancy and any and all future Treasury Offset Program payments withheld from Darryl James Dancy. |

---

[1] As set forth in the United States's [51] Motion, the total TOP amount received was $862.00; however, the Treasury charged a fee of $16.51 which cannot be applied to the Money Judgment balance.

| 26-USM-000406 | $168.31[2] withheld from Darryl James Dancy and any and all future Treasury Offset Program payments withheld from Darryl James Dancy. |
|---|---|

The United States caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States to dispose of the Substitute Assets in accordance with the law and as specified in the [51]  Preliminary Order of Forfeiture, and notified any potential third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the Substitute Assets. The United States asserts that attempt was made to send direct notice of forfeiture to all known potentially interested parties by FedEx, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the Substitute Assets.

No timely claim has been filed; and the Court finds that the Defendant had an interest in the Substitute Assets subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Substitute Assets are forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461.

---

[2] As set forth in the United States's [51] Motion, the total TOP amount received was $187.80; however, the Treasury charged a fee of $19.49 which cannot be applied to the Money Judgment balance.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title and interest to the Substitute Assets described above is condemned, forfeited and vested in the United States, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this 9th day of July, 2026.

/s Kristi H. Johnson
UNITED STATES DISTRICT JUDGE